SEYFARTH SHAW LLP
Timothy L. Hix (SBN 184372)
E-mail: thix@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

SEYFARTH SHAW LLP
Jennifer R. Nunez (SBN 291422)
E-mail: jnunez@seyfarth.com
Shardé T. Skahan (SBN 286157)
sskahan@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
UNIVERSITY OF SOUTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ABBAS, an individual,<br><br>            Plaintiff,<br><br>       v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, a business entity; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-06852 DSF (GJSx)<br><br>**DEFENDANT'S NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>Complaint Filed:   July 30, 2020<br>Trial Date:             March 1, 2022 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 16-15.7, please take notice that on August 17, 2021 the Parties to this matter participated in a mediation and reached an agreement to settle this matter and resolve it in its entirety.

1  The Parties are in the process of signing a long form settlement agreement. The
2  Parties expect to file a stipulation for dismissal, with prejudice, pursuant to Rule 41 no
3  later than 45 calendar days from today's date.

4  DATED: August 23, 2021                SEYFARTH SHAW LLP

6                                        By: */s/ Jennifer R. Nunez*
7                                            Timothy L. Hix
                                             Jennifer R. Nunez
8                                            Shardé T. Skahan
                                             Attorneys for Defendant
9                                            UNIVERSITY OF SOUTHERN
                                             CALIFORNIA